FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 28 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

10-CV-01946-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASHMIRA SINGH DHONOA, | ) |
| Petitioner, | ) CASE NO. C10-1946-JLR |
| v. | ) ORDER OF DISMISSAL |
| BRYON WILCOX, Acting Field Office Director, United States Immigration and Customs Enforcement, *et al.*, | ) |
| Respondents. | ) |

The Court, having reviewed the Petition for Writ of Habeas Corpus, the parties' Stipulated Motion for Order of Dismissal, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED without prejudice and without award of costs to either party; and

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 28th day of January, 2011.

*JAMES L. ROBART*
United States District Judge

ORDER OF DISMISSAL
PAGE -2